WILLIAMSON ET AL., APPELLEES, *v.* TOLEDO HOSPITAL, APPELLANT.

[Cite as Williamson *v.* Toledo Hosp. (1986), 28 Ohio St. 3d 302.]

(No. 85-909—Decided December 22, 1986.)

*Williams, Jilek & Lafferty Co., L.P.A., Martin W. Williams* and *Drew R. Masse,* for appellees.

*Shumaker, Loop & Kendrick, Robert G. Clayton, Jr.* and *Judith Ann Lanzinger,* for appellant.

The judgment in this cause, having been certified by the court of appeals in case No. L-84-396 as being in conflict with *Wainstein* v. *Univ. Hospitals of Cleve.* (Apr. 14, 1985), Cuyahoga App. No. 48788, unreported, is hereby affirmed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.